# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
JUNGENBERG SR., DANIEL B. § Case No. 11-44633
JUNGENBERG, DEBRA M. §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/JOSEPH E. COHEN_____
              Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-44633 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | JUNGENBERG SR., DANIEL B. | | | Date Filed (f) or Converted (c): | 11/01/11 (f) |
| | JUNGENBERG, DEBRA M. | | | 341(a) Meeting Date: | 12/12/11 |
| For Period Ending: | 06/18/13 | | | Claims Bar Date: | 02/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 27357 Volo Village Road, Vo | 150,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings and checking account at Baxter Credit Unio | 15.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2 Checking accounts at Fifth Third Bank. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 4. Miscellaneous household goods & furnishings | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
| 6. Term insurance with OM Financial | 1.00 | 0.00 | | 0.00 | 0.00 |
| 7. IRA | 22,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. IRA | 12,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Pension | 0.00 | Unknown | | 0.00 | Unknown |
| 10. S & T Transport Inc. S Corp. Business checking at | 20.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2003 Ford Mustang GT 14,000 miles | 9,525.00 | 0.00 | | 3,000.00 | 0.00 |
| 12. 2003 Chevy Trailblazer LT. 50,000 miles | 7,500.00 | 0.00 | | 500.00 | 500.00 |
| 13. 1998 Harley-Davidson Heritage Softtail Classic | 5,000.00 | 0.00 | | 1,500.00 | 500.00 |
| 14. 1997 Ford E150. 145,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 15. 2000 VW Beetle. Poor condition, 170,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 16. 1986 International 9670. 220,000 miles | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. 1998 Trailstar Dumptrailer | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2005 Aluma Flatbed 3 position trailer | 1,500.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $226,511.00    $0.00    $5,000.00    $1,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 17.02d

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-44633   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | JUNGENBERG SR., DANIEL B. | Date Filed (f) or Converted (c):   11/01/11 (f) |
| | JUNGENBERG, DEBRA M. | 341(a) Meeting Date:   12/12/11 |
| | | Claims Bar Date:   02/20/13 |

TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE BACK TRUSTEE'S INTEREST IN VEHICLES.

Initial Projected Date of Final Report (TFR): 04/01/04     Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 11-44633 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUNGENBERG SR., DANIEL B. | Bank Name: | ASSOCIATED BANK |
| | JUNGENBERG, DEBRA M. | Account Number / CD #: | *******2416  Checking Account |
| Taxpayer ID No: | *******9208 | | |
| For Period Ending: | 06/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/13 | 11 | Daniel Jungenberg | Sale of Vehicle | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/05/13 | 13 | DANIEL & DEBRA JUNGENBERG | | 1129-000 | 500.00 | | 3,500.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,490.00 |
| 04/09/13 | 13 | Daniel Jungenberg | Sale of Vehicle | 1129-000 | 500.00 | | 3,990.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 05/28/13 | 12 | DANIEL & DEBRA JUNGENBERG | Sale of Vehicle | 1129-000 | 500.00 | | 4,480.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,470.00 |
| 06/18/13 | 13 | DANIEL JUNGENBERG | Sale of Vehicle | 1129-000 | 500.00 | | 4,970.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,000.00 | 30.00 | 4,970.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 5,000.00 | 30.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 5,000.00 | 30.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2416 | 5,000.00 | 30.00 | 4,970.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 30.00 | 4,970.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,000.00    30.00

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 18, 2013 |

Case Number:  11-44633                                      Claim Number Sequence
Debtor Name:  JUNGENBERG SR., DANIEL B.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,596.00 | $1,596.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $9,412.71 | $9,412.71 |
| 000002<br>070<br>7100-00 | Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $0.00 | $5,831.15 | $5,831.15 |
| 000003<br>070<br>7100-00 | Baxter Credit Union<br>PO BOX 8133<br>Vernon Hills, IL 60061 | Unsecured | | $0.00 | $10,372.34 | $10,372.34 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $3,155.00 | $3,155.00 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $9,327.05 | $9,327.05 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $0.00 | $2,278.61 | $2,278.61 |
| 000007<br>070<br>7100-00 | Capital One NA<br>P O Box 85140<br>Richmond, VA 23285 | Unsecured | | $0.00 | $2,540.63 | $2,540.63 |
| | Case Totals: | | | $0.00 | $44,513.49 | $44,513.49 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-44633  
Case Name: JUNGENBERG SR., DANIEL B.  
             JUNGENBERG, DEBRA M.  
Trustee Name: JOSEPH E. COHEN  

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ | $ | $ |
| 000003 | Baxter Credit Union<br>PO BOX 8133<br>Vernon Hills, IL 60061 | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ | $ | $ |
| 000007 | Capital One NA<br>P O Box 85140<br>Richmond, VA 23285 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE