UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JUNGENBERG SR., DANIEL B. | § | Case No. 11-44633 |
| JUNGENBERG, DEBRA M. | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 08/09/2013 in Courtroom 1,
                North Branch Court
                1792 Nicole Lane
                Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: _____
                                                    Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
JUNGENBERG SR., DANIEL B. § Case No. 11-44633
JUNGENBERG, DEBRA M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 4,970.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,596.00 | $ 0.00 | $ 1,596.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,846.00 |
| Remaining Balance | | $ | 2,124.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,917.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 9,412.71 | $ 0.00 | $ 465.84 |
| 000002 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | $ 5,831.15 | $ 0.00 | $ 288.59 |
| 000003 | Baxter Credit Union<br>PO BOX 8133<br>Vernon Hills, IL 60061 | $ 10,372.34 | $ 0.00 | $ 513.33 |
| 000004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 3,155.00 | $ 0.00 | $ 156.14 |
| 000005 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 9,327.05 | $ 0.00 | $ 461.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 2,278.61 | $ 0.00 | $ 112.77 |
| 000007 | Capital One NA<br>P O Box 85140<br>Richmond, VA 23285 | $ 2,540.63 | $ 0.00 | $ 125.73 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 2,124.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN  
                                          TRUSTEE

*JOSEPH E. COHEN*  
*105 WEST MADISON STREET*  
*SUITE 1100*  
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-44633-ABG
Daniel B. Jungenberg                                                    Chapter 7
Debra M. Jungenberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster              Page 1 of 3              Date Rcvd: Jul 18, 2013
                              Form ID: pdf006              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2013.
db/jdb     +Daniel B. Jungenberg, Sr.,    Debra M. Jungenberg,    27357 Volo Village Road,
             Volo, IL 60073-9668
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18006080    Accounts Receivable Management,    POB 129,    Thorofare, NJ 08086-0129
18006082    Bank of America,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18006084    Capital One,    POB 30281,    Salt Lake City, UT 84130-0281
18006085    Capital One NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
19841146   +Capital One NA,    P O Box 85140,    Richmond, VA 23285-5140
18006087    Chase Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
18006090    Discover Products,    c/o Nationwide Credit,    1150 E. University Dr., First Floor,
             Tempe, AZ 85281-8674
19762138    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18006091    FMC Omaha Service Center,    POB 542000,    Omaha, NE 68154-8000
18006092   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company,    National Bankruptcy Service,
             Post Office Box 537901,    Livonia, MI 48153-7901)
18006093   +Freedman Anselmo Lindberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
18006095    Great Lakes CU,    1425 Tri State Pkwy.,    Ste. 100,   Gurnee, IL 60031-4060
18006096    Nationwide Credit,    1150 E. University Drive,    First Floor,    Tempe, AZ 85281-8674
18006097   +Sara Jungenberg,    5200 Summit Ridge Drive,    Apt. 3614,    Reno, NV 89523-9057
18006098    Seterus/IBM,    8501 IBM Drive, Bldg. 201,    Services Inc.,    Charlotte, NC 28262-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18006083    E-mail/Text: dob@bcu.org Jul 19 2013 01:06:11     Baxter Credit Union,    400 N. Lakeview Parkway,
             Vernon Hills, IL 60061
19739189   +E-mail/Text: dob@bcu.org Jul 19 2013 01:06:11     Baxter Credit Union,    PO BOX 8133,
             Vernon Hills, IL 60061-8133
18006086    E-mail/Text: bk.notifications@jpmchase.com Jul 19 2013 01:00:58      Chase Auto Finance,
             POB 901076,   Fort Worth, TX 76101-2076
18006088    E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Jul 19 2013 01:02:41      Credit Systems,    POB 1088,
             Arlington, TX 76004-1088
18006089    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 19 2013 01:24:16      Discover,   12 Reads Way,
             New Castle, DE 19720-1649
19726686    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 19 2013 01:24:16      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19726875    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 01:22:37      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18006094   +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2013 01:20:50      GEMB/Sam's Club,   PO Box 981416,
             El Paso, TX 79998-1416
20354303    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 01:23:52      Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
20354305    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2013 01:22:36
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
18006099    E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Jul 19 2013 01:02:41      Spark Energy Gas LP,
             c/o Credit Systems,    POB 1088,   Arlington, TX 76004-1088
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18006081   ##Bank of America,    POB 15026,   Wilmington, DE 19850-5026
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster           Page 2 of 3              Date Rcvd: Jul 18, 2013
                              Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: gbeemster           Page 3 of 3               Date Rcvd: Jul 18, 2013
                              Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2013 at the address(es) listed below:

        E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com, trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
        John J Carrozza    on behalf of Joint Debtor Debra M. Jungenberg john@joneshart.com, matilda@joneshart.com
        John J Carrozza    on behalf of Debtor Daniel B. Jungenberg, Sr. john@joneshart.com, matilda@joneshart.com
        Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com, jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
        Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com, jcohenattorney@aol.com;gkrol@cohenandkrol.com
        Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 7