UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
JUNGENBERG SR., DANIEL B.           §    Case No. 11-44633
JUNGENBERG, DEBRA M.                §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter  on        . The case was pending for    months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ford Motor Credit Company<br>National Bankruptcy Service<br>Post Office Box 537901<br>Livonia, MI 48153-7901 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus/IBM 8501 IBM Drive, Bldg. 201 Services Inc. Charlotte, NC 28262-4333 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accounts Receivable Management POB 129 Thorofare, NJ 08086-0129 | | | | | |
| | Bank of America 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | | | | | |
| | Bank of America POB 15026 Wilmington, DE 19850-5026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baxter Credit Union 400 N. Lakeview Parkway Vernon Hills, IL 60061 | | | | | |
| | Capital One NA 2730 Liberty Avenue Pittsburgh, PA 15222-4704 | | | | | |
| | Capital One POB 30281 Salt Lake City, UT 84130-0281 | | | | | |
| | Chase Auto Finance POB 901076 Fort Worth, TX 76101-2076 | | | | | |
| | Chase Cardmember Service PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Credit Systems POB 1088 Arlington, TX 76004-1088 | | | | | |
| | Discover 12 Reads Way New Castle, DE 19720-1649 | | | | | |
| | Discover Products c/o Nationwide Credit 1150 E. University Dr., First Floor Tempe, AZ 85281-8674 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FMC Omaha Service Center POB 542000 Omaha, NE 68154-8000 | | | | | |
| | Freedman Anselmo Lindberg & Rappe PO Box 3228 Naperville, IL 60566 | | | | | |
| | GEMB/Sam's Club PO Box 981416 El Paso, TX 79998 | | | | | |
| | Great Lakes CU 1425 Tri State Pkwy. Ste. 100 Gurnee, IL 60031-4060 | | | | | |
| | Nationwide Credit 1150 E. University Drive First Floor Tempe, AZ 85281-8674 | | | | | |
| | Spark Energy Gas LP c/o Credit Systems POB 1088 Arlington, TX 76004-1088 | | | | | |
| 000003 | BAXTER CREDIT UNION | | | | | |
| 000007 | CAPITAL ONE NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | PORTFOLIO INVESTMENTS II LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: 11-44633   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: JUNGENBERG SR., DANIEL B. | Date Filed (f) or Converted (c): 11/01/11 (f) |
| JUNGENBERG, DEBRA M. | 341(a) Meeting Date: 12/12/11 |
| For Period Ending: 11/18/13 | Claims Bar Date: 02/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 27357 Volo Village Road, Vo | 150,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings and checking account at Baxter Credit Unio | 15.00 | 0.00 | | 0.00 | 0.00 |
| 3. 2 Checking accounts at Fifth Third Bank. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 4. Miscellaneous household goods & furnishings | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
| 6. Term insurance with OM Financial | 1.00 | 0.00 | | 0.00 | 0.00 |
| 7. IRA | 22,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. IRA | 12,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. Pension | 0.00 | Unknown | | 0.00 | Unknown |
| 10. S & T Transport Inc. S Corp. Business checking at | 20.00 | 0.00 | | 0.00 | 0.00 |
| 11. 2003 Ford Mustang GT  14,000 miles | 9,525.00 | 0.00 | | 3,000.00 | 0.00 |
| 12. 2003 Chevy Trailblazer LT.  50,000 miles | 7,500.00 | 0.00 | | 500.00 | 500.00 |
| 13. 1998 Harley-Davidson Heritage Softtail Classic | 5,000.00 | 0.00 | | 1,500.00 | 500.00 |
| 14. 1997 Ford E150.  145,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 15. 2000 VW Beetle.  Poor condition, 170,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 16. 1986 International 9670.  220,000 miles | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. 1998 Trailstar Dumptrailer | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 2005 Aluma Flatbed 3 position trailer | 1,500.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $226,511.00   $0.00   $5,000.00   $1,000.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-44633   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | JUNGENBERG SR., DANIEL B. | Date Filed (f) or Converted (c):   11/01/11 (f) |
| | JUNGENBERG, DEBRA M. | 341(a) Meeting Date:   12/12/11 |
| | | Claims Bar Date:   02/20/13 |

TRUSTEE IS NEGOTIATING WITH DEBTOR TO PURCHASE BACK TRUSTEE'S INTEREST IN VEHICLES.

Initial Projected Date of Final Report (TFR): 04/01/04        Current Projected Date of Final Report (TFR): 04/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-44633 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUNGENBERG SR., DANIEL B. | Bank Name: | ASSOCIATED BANK |
| | JUNGENBERG, DEBRA M. | Account Number / CD #: | *******2416 Checking Account |
| Taxpayer ID No: | *******9208 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/13 | 11 | Daniel Jungenberg | Sale of Vehicle | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/05/13 | 13 | DANIEL & DEBRA JUNGENBERG | | 1129-000 | 500.00 | | 3,500.00 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,490.00 |
| 04/09/13 | 13 | Daniel Jungenberg | Sale of Vehicle | 1129-000 | 500.00 | | 3,990.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,980.00 |
| 05/28/13 | 12 | DANIEL & DEBRA JUNGENBERG | Sale of Vehicle | 1129-000 | 500.00 | | 4,480.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,470.00 |
| 06/18/13 | 13 | DANIEL JUNGENBERG | Sale of Vehicle | 1129-000 | 500.00 | | 4,970.00 |
| 08/12/13 | 300001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,250.00 | 3,720.00 |
| 08/12/13 | 300002 | COHEN & KROL<br>105 W. Madison St., Suite 1100<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,064.00 | 2,656.00 |
| 08/12/13 | 300003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 532.00 | 2,124.00 |
| 08/12/13 | 300004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.94905% | 7100-000 | | 465.84 | 1,658.16 |
| 08/12/13 | 300005 | Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Claim 000002, Payment 4.94911%<br>(2-1) SAM'S CLUB DISCOVER or GEMB | 7100-000 | | 288.59 | 1,369.57 |
| 08/12/13 | 300006 | Baxter Credit Union<br>PO BOX 8133<br>Vernon Hills, IL 60061 | Claim 000003, Payment 4.94903%<br>(3-1) BCU POC Visa Credit card<br>(3-1) Modified on 11/29/12 to correct creditor address | 7100-000 | | 513.33 | 856.24 |
| | | | Page Subtotals | | 5,000.00 | 4,143.76 | |

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44633 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUNGENBERG SR., DANIEL B. | Bank Name: | ASSOCIATED BANK |
| | JUNGENBERG, DEBRA M. | Account Number / CD #: | *******2416  Checking Account |
| Taxpayer ID No: | *******9208 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | (GB). | | | | |
| 08/12/13 | 300007 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000004, Payment 4.94897% | 7100-000 | | 156.14 | 700.10 |
| 08/12/13 | 300008 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000005, Payment 4.94905% | 7100-000 | | 461.60 | 238.50 |
| 08/12/13 | 300009 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000006, Payment 4.94907% | 7100-000 | | 112.77 | 125.73 |
| 08/12/13 | 300010 | Capital One NA<br>P O Box 85140<br>Richmond, VA 23285 | Claim 000007, Payment 4.94877% | 7100-000 | | 125.73 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 5,000.00 | 5,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 5,000.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2416 | 5,000.00 | 5,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     856.24

Ver: 17.04

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-44633 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | JUNGENBERG SR., DANIEL B. | Bank Name: | ASSOCIATED BANK |
| | JUNGENBERG, DEBRA M. | Account Number / CD #: | *******2416 Checking Account |
| Taxpayer ID No: | *******9208 | | |
| For Period Ending: | 11/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2416

| | | | Page Subtotals | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Ver: 17.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*